IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

**DOTAN Y. MELECH, as Receiver of GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC,**

v.  Case No. 1:26mc20736

**Real and personal property of GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC, in the Southern District of Florida**

## NOTIFICATION OF APPOINTMENT OF RECEIVER

Dotan Y. Melech, as receiver of Greg Beeche, Logistics, LLC and Greg Logistics, LLC ("Receiver"), by his attorneys, Spencer Fane LLP, states as follows:

1. Dotan Y. Melech is president of United AMS, LLC, located at 8350 West Sahara Avenue, Suite 150, Las Vegas, Nevada 89117.

2. On January 30, 2026, the United States District Court for the Northern District of New York ("Receivership Court") appointed Mr. Melech as permanent receiver for Greg Beeche, Logistics, LLC and Greg Logistics, LLC ("Receivership Entities"). *See* 1:25-cv-00944-AMN-TWD, Amended Complaint (attached as **Ex. 1**) and Order Appointing Receiver (attached as **Ex. 2**).

3. The Order Appointing Receiver does not require the Receiver to post a bond. *See* **Ex. 2** ¶ 14.

4. The Receivership Entities have property located in the Southern District of Florida.

5. Receiver is the appointed, qualified, and acting receiver of the property and estate of the Receivership Entities, and files this notice in that capacity pursuant to 28 U.S.C. § 754.

6. It is necessary to institute this miscellaneous action in the United States District Court for the Southern District of Florida, in connection with the receivership, for the purpose of maintaining jurisdiction and control over all such property in this district.

Dated: February 4, 2026.

                                            Respectfully submitted,

                                            */s/ Victoria M. McLaughlin*
Victoria M. McLaughlin
Fla. Bar No. 1008106
**SPENCER FANE LLP**
201 North Franklin Street
Suite 2150
Tampa, Fla. 33602
Tel.: (813) 424-3500
vmclaughlin@spencerfane.com
ecoutu@spencerfane.com
*Counsel for Receiver*